# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ASTORIA CE 307, LLC, *et al.*, ) | |
| Plaintiffs, ) | Case No. 2:09-cv-01915-KJD-GWF |
| vs. ) | **ORDER** |
| HOUSING CAPITAL COMPANY, *et al.*, ) | |
| Defendants. ) | |

    **IT IS ORDERED** counsel for the parties shall file a Joint Status Report regarding the status of the parties' settlement agreement no later than **October 13, 2011**.

    DATED this 3rd day of October, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge