# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ASTORIA CE 307, LLC, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> HOUSING CAPITAL COMPANY, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No.  2:09-cv-01915-KJD-GWF <br><br> **ORDER** |

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report regarding the status of the parties' settlement agreement no later than **February 2, 2012**.

DATED this 23rd day of January, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge