# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ASTORIA CE 307, LLC, *et al.*, | |
| Plaintiffs, | Case No. 2:09-cv-01915-KJD-GWF |
| vs. | **ORDER** |
| HOUSING CAPITAL COMPANY, *et al.*, | |
| Defendants. | |

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report regarding the status of the parties' settlement agreement no later than **February 2, 2012**.

DATED this 23rd day of January, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge